No. 92–5806. GIRALDO-GIRALDO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 92–5807. ELLIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 92–5809. GOMEZ, AKA LNU *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 92–5811. CONTENT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 92–5819. FARMER *v.* WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. ▮

No. 92–5820. HENRY *v.* UNITED STATES;
No. 92–5821. HATCH *v.* UNITED STATES; and
No. 92–5823. HAMMONDS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 963 F. 2d 976.

No. 92–5825. HEALEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 92–5829. HERNANDEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 92–5831. ALVAREZ-GARCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 92–5834. THOMAS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 92–5835. ZULETA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮

No. 92–5837. TSOSIE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮

No. 92–5838. ALEX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 92–5839. DE LOS ANGELES ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 92–5853. SAVARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮